# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JENNIFER KIMBALL, ON HER OWN
BEHALF AND OTHERS SIMILARLY
SITUTATED,

           Plaintiffs,

-vs-                                    Case No. 6:05-cv-1584-Orl-28DAB

RRADIUS REALTY, INC.,

           Defendant.
_____

## ORDER

This case is before the Court on the Motion for Default Judgment (Doc. No. 19) filed March 21, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 28, 2006 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Default Judgment (Doc. No. 19) is **GRANTED in part**. Judgment shall be entered for damages in the amount of $3,424.00 with an award for attorney's fees in costs in the amount of $3,380.00. The Clerk of Court is directed to enter judgment and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __12__ day of April, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party